

**T**HE **C**ITY OF **N**EW **Y**ORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**GIANCARLO MARTINEZ**
*Assistant Corporation Counsel*
E-mail:gmartine@law.nyc.gov
Phone: (212) 356-3541
Fax: (212) 356-3509

March 2, 2020

**BY ECF**
Honorable Judge Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>Angel Rivera v. City of New York, et al.</u>
    19 CV 0371 (JGK) (KHP)

Your Honor:

I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to the defense in the above-referenced matter, in which plaintiff alleges, *inter alia*, that he was subjected to excessive force. I write to request a brief adjournment of Settlement Conference, currently scheduled for March 13, 2020, at 2:00 p.m. Plaintiff consents to this request.

**APPLICATION GRANTED:** The settlement conference in this matter currently scheduled for Friday, March 13, 2020 at 2:00 p.m. is rescheduled to <u>Tuesday, March 17, 2020 at 2:00 p.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>March 10, 2020 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
03/03/2020

This request is necessary because the date directly conflicts with my scheduled participation at an all-day work-related event at a location outside of the office. Upon conferral with plaintiff's counsel, the parties are available on March 17, 2020 at 2:00 p.m.[1] Additionally, upon information and belief, plaintiff will be appearing at the settlement conference by telephone. As of March 2, 2020, he is incarcerated at Clinton Correctional Facility.

Thank you for your consideration herein.

Respectfully submitted,

/s/ *Giancarlo Martinez*

Giancarlo Martinez
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **BY ECF**
Alexis Padilla
The Law Office of Alexis G. Padilla
*Attorney for Plaintiff*
575 Decatur Street
Brooklyn, NY 11233
(917) 238-2993
Alexpadilla722@gmail.com

---

[1] On March 2, 2020, I spoke with Your Honor's Chambers, which indicated that an adjournment of the conference to March 17, 2020 at 2:00 p.m. would be compatible with Your Honor's schedule.