USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANGEL RIVERA,

                        Plaintiff,

            -against-

CITY OF NEW YORK, et al.,

                        Defendants.

------------------------------------------------------------------X

**ORDER**

**1:19-cv-0371 (JGK)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

For the telephone conference scheduled for March 17, 2020 at 2:00 p.m., the parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

**SO ORDERED.**

Dated: March 16, 2020
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge