UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

Angela Rivera,

                    Plaintiff,

            - against -                          19-cv-371 (JGK)

                                                 ORDER

City of New York, et al.,

                    Defendants.
─────────────────────────────────────


JOHN G. KOELTL, District Judge:


     The parties were directed to file a proposed amended

scheduling order by August 14, 2020.  No such order was filed.

The time to file is extended to August 26, 2020. If the parties

fail to file the proposed amended scheduling order by such date,

the case may be dismissed without prejudice for failure to

prosecute.


SO ORDERED.

Dated:     New York, New York
           August 18, 2020

                              ____/s/ John G. Koeltl_____
                                    John G. Koeltl
                              United States District Judge