UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

ANGEL RIVERA,

                                        Plaintiff,

            -against-

CITY OF NEW YORK, ET AL,

                                        Defendants.

~~PROPOSED~~ **ORDER TO PRODUCE**

19-CV-00371 (JGK)

----------------------------------------------------------------- x

**JOHN G. KOELTL, UNITED STATES DISTRICT JUDGE**

      Upon the application of Defendants for leave to take the deposition of plaintiff Angel Rivera, an inmate within the New York State Department of Corrections and Community Supervision, the Court having granted leave for the taking of Plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED:** that the Warden or other official in charge of the Clinton Correctional Facility, located in Dannemora, New York, produce inmate Angel Rivera, DIN: 19A4586, at a suitable location within the facility with video conference capabilities for the taking of his deposition on **February 17, 2021**, and any such dates as may be adjourned, commencing at 10:00 a.m., until completion; and

      **IT IS FURTHER ORDERED** that Plaintiff Angel Rivera shall appear in such place as designated by the Warden or other official in charge of Clinton Correctional Facility so that his deposition may be taken by video conference.

Dated:  February 12, 2021
          New York, New York

SO ORDERED

  /s/ John G. Koeltl
_____
HON. JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE