ALEXIS G. PADILLA
Attorney at Law
378 Lewis Avenue #6
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

September 14, 2021

**BY ELECTRONIC FILING**
Hon. Magistrate Judge John G. Koetl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

9/14/21

John G. Koeltl, U.S.D.J.

Re: **Rivera v. City of New York, et al.**
19-cv-00371-JGK

Your Honor:

My office represents the plaintiff, Angel Rivera, in the above-referenced case. I write on behalf of the parties to respectfully request an extension of time to file the Proposed Joint Pre-Trial Order which is currently due by September 17, 2021. The parties are requesting a 30-day extension of time to file, which would bring the due date for the Proposed JPTO to Monday, October 18, 2021. This is the first request for an extension of time to file this document. The parties thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

/s/

*Alexis Padilla, Esq.*
*Attorney for Plaintiff*

Cc: **BY ECF**
James Jimenez, Esq.
New York City Law Dept.
Attorneys for Defendants