UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGEL RIVERA,

            Plaintiff,

- against -

DETECTIVE ANTHONY ROMERO, ET AL.,

            Defendants.

19-cv-371 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

The final pre-trial conference is scheduled for **June 28, 2022 at 4:00 p.m.** The parties may access the final pre-trial conference using the following dial-in: 888-363-4749, with access code 8140049. The trial in this matter is scheduled to begin on **July 6, 2022 at 9:00 a.m.**

SO ORDERED.

Dated:    New York, New York
             January 18, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                  United States District Judge