```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANGEL RIVERA,

                Plaintiff,

19-cv-371 (JGK)

ORDER

- against -

CITY OF NEW YORK, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

The final pre-trial conference scheduled for June 28, 2022, is adjourned to July 21, 2022, at 3:00 p.m. Dial-in: 888-363-4749, with access code 8140049.

Any response to the defendants' motion in limine (ECF No. 83) must be filed by July 1, 2022. Any reply is due by July 6, 2022. If the plaintiff does not file a response to the defendants' motion in limine by July 1, 2022, then the motion will be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
            June 24, 2022

                                      John G. Koeltl
                                  United States District Judge