UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL RIVERA,                              19-cv-371 (JGK)

              Plaintiff,         ORDER

      - against -

CITY OF NEW YORK, ET AL.,

              Defendants.

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the plaintiff in this action. ECF No. 96. The plaintiff asks for the documents reflecting the settlement in this case and raises a question as to whether he received the proper amount of the settlement. The Court attaches the documents reflecting a settlement, ECF Nos. 94 and 95. No settlement agreement was ever filed with the Court.

    By **April 4, 2023**, the plaintiff's attorney should submit an affidavit explaining the terms of the settlement and what funds were provided to the plaintiff.

    The Clerk is respectfully directed to mail a copy of this Order to the plaintiff at the address for Green Haven Correctional Facility listed in his letter, and to note such mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
           March 22, 2023

                                          John G. Koeltl
                                   United States District Judge

3-15-23

TO: United States District Court
Southern District
500 Pearl Street
New York, N.Y. 10007

FROM: Angel Rivera DIN # 19A4586
Green Haven Correctional Facility
594 Route 216
Stormville New York 12582

RE: Case/Settlement # 19-cv-00371

I had a civil case settled in your district awhile back, my attorney forwarded me some funds, however I never signed a settlement agreement nor did I wish to settle for that matter? So I did not argue because I didn't know any better. Please know that he stated an amount verbally and said he would send the papers for me to sign and notorize, he NEVER sent anything but a cash app.

So I do not know the amount i've written him and had my family call, and requested that he forward me a copy of the settlement agreement, and still im being ignored.

I personally believe that he received more funds than he told me, and that is why he did not have me sign the agreement? I do not even know how he received funds without my agreeing, signing, and having it notorized?

Please forward me a copy of the agreement and if you need me to pay for a copy please inform me promptly of the amount needed?

Respectfully yours

Angel Rivera
Din# 19AH586

GREEN HAVEN CORRECTIONAL FACILITY
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: Angel Rivera   DIN: 19A4586

RECEIVED
MAR 20 2023
Clerk's Office
SDNY

USM SDNY

Legal Mail

Pro Se

To: United States
District Court
Southern District
500 Pearl Street
New York, N.Y. 10007

Legal Mail!
US POSTAGE $000.60
03/15/2023
ZIP 12562
041M11466608